IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSHUA SIMMONS                                                                                    PLAINTIFF
ADC #166423

v.                                            No: 4:17-cv-00137 PSH

BRIANN LIMANDRI, *et al.*                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 24th day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE